**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2292**

NASSER ALMUTAIRI,

Plaintiff - Appellant,

versus

INTERNATIONAL BROADCASTING BUREAU; KENNETH Y.
TOMLINSON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:06-cv-
01929-RWT; 8:06-cv-02791-RWT)

Submitted:  April 18, 2007          Decided:  April 27, 2007

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nasser Almutairi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasser Almutairi seeks to appeal the district court's order dismissing his employment discrimination complaint. However, following Almutairi's filing of a notice of appeal, the district court reopened his suit, and it is currently pending. <u>See</u> <u>Almutairi v. Int'l Broadcasting Bureau</u>, No. 8:06-cv-02791-RWT (D. Md. Dec. 6, 2006) (reopening Case No. 8:06-cv-01929-RWT). Accordingly, we dismiss Almutairi's appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>